**SETAREH LAW GROUP**
Shaun Setareh (SBN 204514)
  Email: shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  Email: thomas@setarehlaw.com
Farrah Grant (SBN 293898)
  Email: farrah@setarehlaw.com
9665 Wilshire Blvd., Suite 430
Beverly Hills, CA 90212
Tel:  (310) 888-7771
Fax:  (310) 888-0109

Attorneys for Plaintiff
MAYNOR GALINDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNOR GALINDO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILLIPS 66 COMPANY, a Delaware company; PHILLIPS 66 PIPELINE LLC, a Delaware limited liability company; PHILLIPS 66 SPECTRUM CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.  2:21-cv-07522-SB-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Maynor Galindo hereby voluntarily dismisses this case.

Dated: November 3, 2021  SETAREH LAW GROUP

*/s/ Shaun Setareh*
SHAUN SETAREH
THOMAS SEGAL
FARRAH GRANT
Attorneys for Plaintiff
MAYNOR GALINDO

1
NOTICE OF VOLUNTARY DISMISSAL